IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD FERGUSON**                                                                                         **PLAINTIFF**

v.                     **CASE NO. 5:13CV00088 BSM/BD**

**WENDY KELLY,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 7] submitted by United States Magistrate Judge Beth Deere and the objections thereto have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT plaintiff Edward Ferguson's claims against AllCare Correctional Pharmacy and Pharmacorr Pharmacy are dismissed without prejudice, and those defendants are terminated. Ferguson's retaliation claim against defendant Ojiugo Iko is also dismissed without prejudice.

Dated this 19th day of April 2013.

                                                                            */s/ Brian S. Miller*
                                                                    UNITED STATES DISTRICT JUDGE