**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**EDWARD FERGUSON,**  **PLAINTIFF**
**ADC # 94606**

v.   CASE NO. 5:13CV00088 BSM

**WENDY KELLY, et al.**  **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, it is found that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety. Accordingly, plaintiff Edward Ferguson's claims against the Doe defendants and Genia Snyder-Walker are dismissed without prejudice, for lack of timely party identification and service of process.

IT IS SO ORDERED this 8th day of May 2014.

_____
UNITED STATES DISTRICT JUDGE