**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**EDWARD FERGUSON**
**ADC # 94606**                                                                                          **PLAINTIFF**

**v.**                              **CASE NO. 5:13CV00088 BSM**

**WENDY KELLY, et al.**                                                                         **DEFENDANTS**

## ORDER

The partial recommended disposition from Magistrate Judge Beth Deere has been received. The parties have not filed objections. After careful consideration, it is concluded that the partial recommended disposition should be, and hereby is, approved and adopted in its entirety.

Mr. Ferguson's motion for summary judgment [Doc. No. 63] is denied.

IT IS SO ORDERED this 9th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE