IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDWARD FERGUSON** **PLAINTIFF**
**ADC # 94606**

v.　　　　　　　　　　**CASE NO. 5:13CV00088 BSM**

**WENDY KELLEY, et al.** **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere have been received, along with the objections thereto. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety.

The defendants' motions for summary judgment [Doc. Nos. 81 & 84] are granted. Ferguson's claims against defendants Kelley, McBride–Andrews, Hubbard, and Iko are dismissed without prejudice, based on failure to exhaust administrative remedies. Ferguson's claims against defendant Corizon are dismissed with prejudice.

IT IS SO ORDERED this 6th day of January 2015.

　　　　　　　　　　　　　　　　　　　_/s/ Brian S. Miller_
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE